IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

   Rachelle Denae Souders

CHAPTER 13
CASE NO: 19-40486

   Debtor

## MOTION TO DISMISS

**COMES NOW** the Chapter 13 Trustee, Jan Hamilton, and hereby moves the Court for an Order Dismissing the above captioned case without prejudice, and in support states and alleges the following:

Default in plan payments. Debtor is required to make her first plan payment to the Chapter 13 Trustee within 30 days of the filing of the case pursuant to 11 USC 1326. This payment was not made as required.

**WHEREFORE**, the Trustee moves the Court for an Order dismissing the above captioned case without prejudice as provided in 11 U.S.C. Section 1307(c).

Dated : June 06, 2019

/s/ Jan Hamilton
Jan Hamilton #08163
509 SW Jackson St, Topeka, KS 66603
785-234-1551, 785-234-0537(FAX)
jan.hamilton@topeka13trustee.com

### CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the above and foregoing Motion To Dismiss with the Court via the CM/ECF system, which notices all interested parties, including the debtor's attorney, using the CM/ECF system. I have also mailed this pleading first class to the debtor, on this date: June 06, 2019

/s/ Jan Hamilton
Chapter 13 Trustee

223/DB

Rachelle Denae Souders
2508 SE Michigan
Topeka, KS 66605